IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMILY SIMMONS                                                                                      PLAINTIFF

v.                                                                                           No. 1:04CV285-P-D

INVESTIGATOR STEVE WALLACE, ET AL., ET AL.                             DEFENDANTS

## FINAL JUDGMENT ADOPTING
## REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of the United States Magistrate Judge dated May 23, 2005, to which the plaintiff did not object, and the subsequent Report and Recommendation dated July 27, 2005, to which the plaintiff objected on August 4, 2005. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 23, 2005, and the subsequent Report and Recommendation dated July 27, 2005, are hereby approved and adopted as the opinion of the court.

2. That the plaintiff's claims against all defendants are hereby **DISMISSED** with prejudice.

3. That this case is **CLOSED.**

THIS, the 13th day of October, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE